QUIN DENVIR, Bar #049374
Federal Defender
MARC C. AMENT, Bar #59080
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California  93721-2226

Telephone: 559/487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

-oOo-

| | | |
|---|---|---|
| DAVID P. FANSLER, | ) | CV-F-04-6216 AWI |
| | ) | *(CR-F-00-5421 AWI)* |
| Petitioner, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | **ORDER APPOINTING COUNSEL** |
| | ) | |
| Respondent. | ) | |
| | ) | |

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints the Federal Defender pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

**Dated:   May 10, 2005**            /s/ Anthony W. Ishii
0m8i78                             UNITED STATES DISTRICT JUDGE